Form otfrcase

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Kenneth LaVerne Miller and Michaelene Mary Miller　　*Case No.:* 18–81089
*Debtor*

*Chapter:* 7

---

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to the United States Bankruptcy Court, Northern District of Illinois, Western Division.

**Entered:** 7/27/18

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/　Thomas L. Perkins
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.